**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 02-7127**

―――――――――――

DE'SHON PITT,

Plaintiff - Appellant,

versus

RONALD J. ANGELONE; T. YATES; BETTY DAVIS; B.
J. RAVIZEE, Grievance Coordinator; AWO HARVEY,

Defendants - Appellees.

―――――――――――

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. Samuel G. Wilson, Chief District
Judge. (CA-02-576-7)

―――――――――――

Submitted:  November 7, 2002      Decided:  November 14, 2002

―――――――――――

Before WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

―――――――――――

Dismissed by unpublished per curiam opinion.

―――――――――――

De'shon Pitt, Appellant Pro Se.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

De'shon Pitt appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint without prejudice pursuant to 28 U.S.C. § 1915A (2000). Because Pitt may cure any deficiency by filing an amended complaint, we dismiss the appeal for lack of jurisdiction, because the judgment is not a final, appealable order. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). We dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED